[No. 73024-0-I.   Division One.   June 6, 2016.]

SARAH CHRISTNER, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-03295-0, Michael T. Downes, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Spearman, JJ.

[No. 73113-1-I.   Division One.   June 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HENRY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00539-8, Anita L. Farris, J., entered February 11, 2015. *Affirmed* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 73148-3-I.   Division One.   June 6, 2016.]

JOSE JAIMES, *Appellant*, v. NDTS CONSTRUCTION, INC., ET AL., *Defendants*, SUPERIOR FLOORS & COUNTERTOPS, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-06595-7, Jean A. Rietschel, J., entered February 13, 2015. *Reversed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Cox, J. Now published at 195 Wn. App. 1.

[No. 73162-9-I.   Division One.   June 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW RAYMOND WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00384-2, Dean Scott Lum, J., entered February 20, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Leach, JJ.